UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN ALBERTO SALAZAR-MENDOZA,<br>Petitioner,<br>v.<br>BRUCE SCOTT, *et al.*,<br>Respondents. | CASE NO. 2:26-cv-03243-GJL<br><br>ORDER DIRECTING SUPPLEMENTAL FILINGS |

Petitioner Juan Alberto Salazar-Mendoza is currently detained at the Northwest Immigration and Customs Enforcement Processing Center.[1] On September 22, 2026, Petitioner, through counsel, filed an Amended Petition for writ of habeas corpus challenging his immigration bond proceedings and seeking immediate release. Dkt. 9. The Amended Petition is fully briefed. Dkt. 9 10, 13. Upon review of the Parties' submissions thus far and the governing law, the Court finds that additional information concerning Petitioner's bond proceedings would aid the Court in reaching a final determination in this case.[2]

[1] The Parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 7.

[2] Nothing in this Order resolves the Parties' arguments concerning exhaustion or the merits of Petitioner's request for habeas relief.

Accordingly, on or before **October 30, 2026**, Respondents are **DIRECTED** to **FILE**:

1. The complete administrative record submitted for the Immigration Judge's review at Petitioner's bond proceedings;

2. Any neutral contemporaneous record of Petitioner's bond proceedings, including any audio recording or transcript of the bond hearing; and

3. Any written bond memorandum issued by the Immigration Judge concerning Petitioner's bond proceedings.

If one or more of the above records are unavailable, Respondents **SHALL** file a declaration explaining the unavailability. Finally, the Clerk of Court is **DIRECTED** to **RENOTE** this matter for consideration on **October 30, 2026**.

Dated this 20th day of October, 2026.

Grady J. Leupold
United States Magistrate Judge